IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AOD GROUP, LLC, D/B/A GWINNETT COBB OVERHEAD DOORS, § § § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| § | |
| D.H. PACE COMPANY, INC., D/B/A OVERHEAD DOOR COMPANY OF ATLANTA, § § § | |
| Defendant. § | CIVIL ACTION NO. 1:11-cv-1288-WSD |
| . § | |
| D.H. PACE COMPANY, INC. § | DEMAND FOR JURY TRIAL |
| § | |
| Counterclaimant, § | |
| § | |
| v. § | |
| § | |
| § | |
| AOD GROUP, LLC and GARRETT WALDROP, § § § | |
| Counter-Defendants. § | |

**CERTIFICATE OF SERVICE**

I hereby certify that copies of D.H. Pace Company, Inc.'s *Initial Disclosures*, *First Set of Interrogatories, and First Request for Production of*

*Documents and Things to AOD Group, LLC and Garrett Waldrop* were served upon the following counsel of record for Plaintiff/Counter-Defendants by email and hand delivery on June 8, 2011, and that copies of D.H. Pace Company, Inc.'s *Notice of Deposition of Garrett Waldrop* and *Defendant/Counterclaimant's Rule 30(b)(6) Notice of Deposition to Plaintiff/Counter-Defendant* were served upon the following counsel of record for Plaintiff/Counter-Defendants by email and first class mail on June 8, 2011:

>Travis Tunnell
>Anderson Dailey LLP
>2002 Summit Boulevard
>Suite 1250
>Atlanta, Georgia 30319
>tunnell@andersondailey.com

DATED: June 23, 2011

>Respectfully submitted,
>
>/s/ Katharine Sullivan
>R. Charles Henn Jr.
>Georgia Bar No. 347098
>Katharine Sullivan
>Georgia Bar No. 940395
>KILPATRICK TOWNSEND & STOCKTON LLP
>1100 Peachtree Street, Suite 2800
>Atlanta, GA  30309-4530
>(404) 815-6500
>(404) 815-6555 (fax)
>CHenn@KilpatrickTownsend.com
>KSullivan@KilpatrickTownsend.com

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing **CERTIFICATE OF SERVICE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Respectfully submitted, this 23rd day of June, 2011.

/s/ Katharine Sullivan
Katharine Sullivan
Attorneys for Defendant
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia  30309
(404) 815-6500 (telephone)
(404) 815-6555 (facsimile)